PHILLIP TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4864
    E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JUAN PABLO ROMERO,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:24-cv-00588-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, the parties hereby stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended twenty-one (21) days from June 17, 2024, up to and including July 8, 2024.

    This is Defendant's first request for an extension, and it is made with good cause. Defendant's counsel requires this extension in order to confer with her client and prepare the responsive brief, as appropriate. Defendant requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                Respectfully submitted,

Dated: June 12, 2024          /s/ *Jeffrey R. Duarte\**
                                          *(\*as authorized via e-mail on June 12, 2024)*
                                            JEFFREY R. DUARTE
                                            Attorney for Plaintiff

Dated: June 12, 2024          PHILLIP A. TALBERT
                                            United States Attorney

                                            MATHEW W. PILE
                                            Associate General Counsel
                                            Office of Program Litigation, Office 7

                              By:     /s/ *Mary Tsai*
                                            MARY TSAI
                                            Special Assistant U.S. Attorney
                                            Office of Program Litigation, Office 7

                                            Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including July 8, 2024, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  June 14, 2024

                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE